**Jacinto L. Inzunza**
8244 W. Electra Ln
Peoria, AZ 85383
(623) 570-7660
desertcrest@gmail.com

__Filed __Received __Entered __Served On
Counsel/Parties of Record

NOV 1 2 2025

Clerk US District Court
District of Nevada
By:_____ Deputy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A.,
Plaintiff,
v.
ALAR LLC; LUCIFER JAMES ROSE; KADEN B. KEYES; VINCENT A. SADDLER; ATIF IKRAM; SAADIA SHEIKH; TONGXIN PAN; **JACINTO L. INZUNZA**; DAVID J. BISHOP; KAI CHI WONG; STUART W. KEEN, JR.,
Defendants.

Case No.: 2:25-cv-02059-JCM-BNW ✓

**DEFENDANT JACINTO L. INZUNZA'S ANSWER TO INTERPLEADER COMPLAINT**

**I. INTRODUCTION**

1. I, Jacinto L. Inzunza, am representing myself *pro se* and submit this Answer, Affirmative Defenses, and Cross-Claim in response to the Interpleader Complaint filed by Wells Fargo Bank, N.A. ("Plaintiff").

2. I am not a party to any agreement with the other defendants. I was the victim of a fraudulent cryptocurrency investment scheme. Individuals posing as financial advisors on social media induced me to wire $18,000 to an account held by Alar LLC.

3. I will file supporting documentation, including proof of the wire transfer **Exhibit A** and the WhatsApp messages that directed me to send the funds, as **Exhibit B** to this filing.

4. I am the rightful owner of the $18,000 (the "Inzunza Funds") and am a victim, not a wrongdoer.

**II. ANSWER TO COMPLAINT**

1. **Response to Paragraph 16:** I admit that Wells Fargo holds funds in the accounts identified as the Alar Account and the Rose Account. I lack sufficient information to admit or deny the specific balances listed and therefore deny them.

2. **Response to Paragraph 17:** I admit that on or about April 28, 2025, I wired $18,000 to the Alar Account.

3. **General Response:** I deny any and all other allegations in the Complaint not specifically admitted herein.

**III. AFFIRMATIVE DEFENSES**

1. **Victim of Fraud / Unjust Enrichment:** The Inzunza Funds were obtained from me through fraud and misrepresentation. Any entity retaining these funds would be unjustly enriched at my direct expense.

2. **Failure to State a Claim:** The Complaint fails to state a valid legal claim against me that would justify denying the return of my fraudulently obtained funds.

3. **Lack of Standing:** The other defendants, including Alar LLC and Lucifer James Rose, have no legitimate legal claim to the Inzunza Funds, which they received as part of a fraudulent scheme.

## IV. CROSS-CLAIM AGAINST ALAR LLC AND LUCIFER JAMES ROSE

1. I incorporate by reference the statements in Sections I and II above.

2. The $18,000 I wired is my personal property.

3. Alar LLC and Lucifer James Rose (the "Cross-Defendants") received and control my funds as a direct result of fraud.

4. The Cross-Defendants have no legal or equitable right to keep my money.

5. Their retention of my funds constitutes unjust enrichment, and I have suffered damages of $18,000.

## V. REQUEST FOR RELIEF

WHEREFORE, Defendant Jacinto L. Inzunza respectfully requests that the Court:

a. Dismiss all claims against me concerning the Inzunza Funds;
b. Order Wells Fargo to immediately release and return the $18,000 to me;
c. Enter judgment against Cross-Defendants Alar LLC and Lucifer James Rose, jointly and severally, for damages of $18,000;
d. Award me the costs of this action; and
e. Grant any other relief the Court deems just and proper.

Respectfully submitted,

Dated: November 7, 2025

**Jacinto L. Inzunza**
Defendant, Pro Se

**CHASE PRIVATE CLIENT**

April 01, 2025 through April 30, 2025
Primary Account: 0000000███████████

*Exhibit A*

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | Card Purchase          04/26 Super Star Car Wash Hap Phoenix AZ Card 7167 | 11.00 |
| 04/28 | Card Purchase With Pin  04/26 Hobbylobb 7645 W. Bell Peoria AZ Card 3844 | 25.80 |
| 04/28 | Card Purchase          04/26 El Rey De Los Ostiones Phoenix AZ Card 7167 | 90.74 |
| 04/28 | Card Purchase With Pin  04/26 Tjmaxx #0 7655 Well Be Peoria AZ Card 3844 | 33.46 |
| 04/28 | Card Purchase With Pin  04/26 Ulta 3 #47 Peoria AZ Card 3844 | 31.35 |
| 04/28 | Card Purchase W/Cash    04/26 Albertsons #099 Peoria AZ Card 3844 Purchase $14.88 Cash Back $40.00 | 54.88 |
| 04/28 | Card Purchase With Pin  04/27 Sprouts Farmers Mkt#27 Glendale AZ Card 7167 | 59.26 |
| 04/28 | Card Purchase With Pin  04/27 Target T- 24890 N Lake Peoria AZ Card 3844 | 204.71 |
| 04/28 | Card Purchase With Pin  04/27 Sprouts Farmers Market Peoria AZ Card 3844 | 92.64 |
| 04/28 | Card Purchase W/Cash    04/27 Frys-Food 8375 Deer VA Peoria AZ Card 3844 Purchase $179.16 Cash Back $40.00 | 219.16 |
| 04/28 | Card Purchase          04/27 Raising Canes 0817 Peoria AZ Card 7167 | 13.41 |
| 04/28 | Card Purchase          04/27 IN-N-Out Peoria 2 Peoria AZ Card 7167 | 17.02 |
| 04/28 | Card Purchase W/Cash    04/28 Albertsons #099 Peoria AZ Card 3844 Purchase $19.64 Cash Back $40.00 | 59.64 |
| 04/29 | Card Purchase          04/28 Sp Skincarepharma43 Skinlovecream NY Card 3844 | 31.89 |
| 04/29 | Card Purchase With Pin  04/29 Aj's #090 Scottsdale AZ Card 7167 | 4.51 |
| 04/29 | Card Purchase W/Cash    04/29 Albertsons #099 Peoria AZ Card 3844 Purchase $9.80 Cash Back $40.00 | 49.80 |
| 04/30 | Card Purchase          04/29 Py *Fired Pie Aspera Glendale AZ Card 7167 | 16.27 |
| 04/30 | Card Purchase With Pin  04/30 Marshalls 24720 N Lake Peoria AZ Card 3844 | 64.83 |
| 04/30 | Card Purchase With Pin  04/30 Sprouts Farmers Market Peoria AZ Card 3844 | 83.96 |
| **Total ATM & Debit Card Withdrawals** | | **$10,772.33** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Central Loan Adm Loan Paymt 4770261685      Web ID: 9Drafting | $3,170.98 |
| 04/03 | Southwest Gas    Billpay          PPD ID: 4880085720 | 73.82 |
| 04/10 | 04/10 Online Transfer To Sav ...8688 Transaction#: 24362627277 | 160,000.00 |
| 04/11 | Clearview Estate Assn Dues        PPD ID: 1860968512 | 414.00 |
| 04/11 | 04/11 Online Transfer To Sav ...8688 Transaction#: 24376943948 | 100,000.00 |
| 04/11 | Zelle Payment To Alvaro Leyva Jpm99B4Jm7D8 | 140.00 |
| 04/15 | Robinhood      Debits    458961943      Web ID: 5326394001 | 3,000.00 |
| 04/16 | Aps Electric Pmt Payments         PPD ID: 1860011170 | 240.02 |
| 04/16 | Irs          Usataxpymt 270550604794313 Web ID: 3387702000 | 25,000.00 |
| 04/17 | AZ Dept of Rev   Ccddir.Dbt Xxxxx8603      CCD ID: 4866004791 | 2,500.00 |
| 04/17 | Strike (Zap Solu 04/16            PPD ID: 9843220673 | 3,000.00 |
| 04/22 | Robinhood      Debits    458961943      Web ID: 5326394001 | 5,000.00 |
| 04/24 | City of Peoria   Utility   7246757      Tel ID: 0000063576 | 55.72 |
| 04/28 | United of Omaha   Ins Prem         PPD ID: 1470322155 | 190.46 |
| 04/28 | 04/28 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Alar LLC Ref:/Time/15:12 Imad: 0428Mmqfmp2M033456 Trn: 3714115118Es | 18,000.00 |
| 04/29 | Robinhood      Debits    458961943      Web ID: 5326394001 | 5,200.00 |
| **Total Electronic Withdrawals** | | **$325,985.00** |

*Exhibit A*

## Wire Transfer Outgoing Request

**CHASE** 

### Wire Transfer Sender Information

| Sender Name: | | | | | |
|---|---|---|---|---|---|
| JACINTO L INZUNZA | | | Street Address: | | |
| Account Name: | | | 8244 W ELECTRA LN | | |
| JACINTO L INZUNZA | | | | | |
| OR MARIA DEL ROSIO INZUNZA | | | | | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| PEORIA | AZ | 85383-1698 | USA | |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | AZ | d04324011 | 10/14/2012 | 03/30/2032 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| | | | | |

Comments:

### Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 04/28/2025 | 02:55:41PM     Eastern time | 04/28/2025 | Domestic |

| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
|---|---|---|---|
| 20598687 | CPC CHECKING | $18,000.00 | |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Checking | $0 |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $18,000.00 |

FX Contract Number:

### Recipient Account Information

| Account Name: | | | | |
|---|---|---|---|---|
| ALAR LLC | | | | |
| Street Address: | Account Number: | | | |
| | 5441986196 | | | |
| | City: | State: | Zip: | Country: |

Text to Recipient:

### Receiving Bank Information

| Bank Name: | | | | |
|---|---|---|---|---|
| Wells Fargo Bank National Association | | | | |
| Street Address: | Bank ABA/SWIFT Code: | | | |
| 1000 Louisiana St, Tunnel level | 121000248 | | | |
| | City: | State: | Zip: | Country: |
| | Houston | TX | 77002 | USA |

| Intermediary Bank Name: | | | | |
|---|---|---|---|---|
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |

*Exhibit B*

3:30

← CTC Trad...

If a bank staff member asks you about the purpose of your funds, please tell the bank that it is for wholesale purchases of goods. Do not mention cryptocurrency, otherwise the bank will decline your wire transfer.

Please fill in the wire transfer information and take a screenshot and send it to me. I will check if the information is correct.

I would like to do 18,000 is ok ?

You

*Exhibit B*

3:30

← ∴ **CTC Trad...** ◻ ☎ ⋮

**Company name: Alar LLC
Account number:**

**Wire routing number:
121000248
BIC: WSBIUS6WFFX
Bank name: Wells Fargo
Bank address: 420
Montgomery St. San
Francisco California
Company address:
320 Conestoga Way
APT 2311 Henderson
NV,89002**

**Timeliness: 60 minutes
Please do not fill in any
remittance remarks
and instructions when
remitting money. If you
must fill in, please fill in:
GOODS**

**If a bank staff member
asks you about the
purpose of your funds,**

RETURN RECEIPT
REQUESTED

Jacinto Moreno
8244 W. Electra Ln
Peoria AZ, 85383-1698

Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record

NOV 12 2025

Clerk US District Court
District of Nevada

By: _____ Deputy

9589 0710 5270 3125 5853 74

RETURN RECEIPT
REQUESTED

Nevada District Court
400 S. Virginia St. Clerk's
Reno, NV 89501

metail

UNITED STATES POSTAL SERVICE

RDC 99    89501

U.S. POSTAGE PAID
FCM LG ENV
GLENDALE, AZ 8530
NOV 07, 2025

$11.60
S2324H502742-22